DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HERLEY VELEZ,**
Appellant,

v.

**DVA LABORATORY SERVICES, INC.,**
Appellee.

No. 4D21-2530

[April 6, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE19-007355.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

Kurt T. Koehler of Cole, Scott & Kissane, P.A., Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***